Judge James M. Rosenbaum
Magistrate Judge Susan Richard Nelson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

The Trustees of the Minnesota Cement Masons And Plasterers Fringe Benefit Funds,

Plaintiffs,

vs.

Gary Erdman,

Defendant.

Civil File No.: 01-1111 (JMR/SRN)

**STIPULATION TO EXTEND THE TIME TO ANSWER THE COMPLAINT AND ORDER**

---

Defendant, Gary Erdman, has retained attorney Dan K. Nelson on July 3, 2001 to represent him in the above matter;

WHEREAS, attorney Nelson went on a planned vacation on July 9, 2001 through July 16, 2001.

NOW, THEREFORE, the parties, through their attorneys, stipulate that the Defendant's Answer will be served and filed on or before July 20, 2001.

ROSENE, HAUGRUD & STAAB, CHARTERED

By: ______________________
Andrew E. Staab (#204705)
Attorney for Plaintiffs
386 North Wabasha Street, Suite 1250
St. Paul, MN 55102-1300
(651) 227-6621

PETERSON & NELSON

By: ______________________
Dan K. Nelson (#7763X)
Attorney for Defendant
871 East 7th Street
St. Paul, MN 55106
(651) 774-2728

**ORDER**

IT IS HEREBY ORDERED that Defendant's Answer be served and filed on or before July 20, 2001.

Dated: July 13, 2001

______________________
SUSAN RICHARD NELSON,
United States Magistrate Judge

FILED JUL 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________