**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,

Plaintiffs,

vs.

Gary Erdman,

Defendant.

Civil File No. 01-1111 JMR/SRN

**STIPULATION FOR SETTLEMENT AND ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, through respective counsel, as follows:

1. That Plaintiffs commenced this action to collect delinquent fringe benefits contributions. That pending before this Court is Plaintiffs' Motion for Summary Judgment and Default for entry of judgment in the amount of $257,518.61 representing delinquent fringe benefit contributions through September 2001 and liquidated damages, interest, attorney fees and costs.

2. Defendant denies said amount is due and owing Plaintiffs.

3. That the parties have settled their differences, and they stipulate to terminate these proceedings according to the terms stated below.

4. That Defendant agrees to execute and deliver to Plaintiffs a Promissory Note requiring payment of the principal sum of $70,000.00 plus annual interest of 6%, compounded monthly, beginning November 26, 2002, in favor of Plaintiffs. Payment will be made as follows: $30,000.00 payable not later than December 26, 2002; and the remaining balance not later than November 26, 2003.

5. Defendant also agrees to execute a Confession of Judgment in the amount of $257,518.61.

6. That in consideration for Defendant's payment of $70,000.00 plus interest in accordance with the above-referenced Promissory Note, Plaintiffs agree not to confess judgment against the Defendant.

7. That this Stipulation for Settlement does not alter or otherwise affect any collective bargaining agreement with any union, and/or any labor agreement and/or participation agreement to which Defendant may be currently bound.

FILED DEC 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED DEC 26 2002
DEPUTY CLERK'S INITIALS ______

on or before January 10, 2004
JMR 12/24/02

8. That this matter may be dismissed with prejudice by the Court in accordance with the terms hereof; provided, however, that the matter may be reopened upon application of either party in the event of a default in the terms of settlement as embodied herein and for the purpose of enforcing the terms of this Stipulation for Settlement.

Dated: November 27th, 2002

ROSENE, HAUGRUD & STAAB, CHARTERED

Stephen Kelly
Attorneys for Plaintiffs
400 Robert Street North, Suite 1800
Saint Paul, MN 55101
(651) 227-6621
Attorney Registration #239203

Dated: 12-02-02, 2002

PETERSON & NELSON

Dan K. Nelson
Attorneys for Defendant
871 East Seventh Street
Saint Paul, MN 55106
(651) 774-2728
Attorney Registration #7763X

on or before January 10, 2004

**ORDER**

JMR 12/24/02

Based upon the parties' Stipulation, this matter is hereby dismissed with prejudice. This matter may be reopened upon application of either party in the event of a default or breach of the terms of the parties' settlement.

SO ORDERED.

Dated: December 24th, 2002

The Honorable James R. Rosenbaum
Chief United States District Judge

H:\Labor\7000_7080 Cement Masons\7040.90 Erdman, G\docs\Stipulation for Settle.doc